1  Young Cho
   Attorney at Law: 189870                          JS-6
   Law Offices of Lawrence D. Rohlfing
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-5491
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Pamela Nancy Danielson
6

7

8

9              UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
10                  EASTERN DIVISION

11

12
   PAMELA NANCY DANIELSON,        )  Case No.:  EDCV 14-1167 DFM
13                                )
                                  )  ORDER OF  DISMISSAL
14          Plaintiff,            )
                                  )
15      vs.                       )
   CAROLYN W. COLVIN, Acting      )
16 Commissioner of Social Security,)
                                  )
17                                )
          Defendant.             )
18                                )

19

20       The above captioned matter is dismissed with prejudice, each party to bear

21 its own fees, costs, and expenses.

22       IT IS SO ORDERED.

23 DATE: October 07, 2014                **DOUGLAS F. McCORMICK**

24                              _____
                               THE HONORABLE DOUGLAS F. MCCORMICK
25                             UNITED STATES MAGISTRATE JUDGE

26